AO 442 (Rev. 01/09) Arrest Warrant

11951206

# UNITED STATES DISTRICT COURT
### for the
### Central District of Utah

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:26mj313 JCB |
| Rose Inessa-Ethington, A.K.A., Eri Ethington | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Rose Inessa-Ethington, A.K.A., Eri Ethington** ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 1204 INTERNATIONAL PARENTAL KIDNAPPING

Date: April 16, 2026

_____
*Issuing officer's signature*

City and state:    Salt Lake City, Utah

JARED C. BENNETT, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/16/2026 , and the person was arrested on *(date)* 04/20/2026 at *(city and state)* Richmond, VA . |

Date: 04/21/2026

_____
*Arresting officer's signature*

Kathryn Weber, FBI SA
*Printed name and title*