CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL

REPORTER: FTR

DOCKET NO. 3:26mj25-1

DATE: 4/21/26

UNITED STATES OF AMERICA

v.

COUNSEL

1. _Rose Inessa-Ethington_
   Deft appeared via VTC ( ) ZOOM ( )

1. ___Paul Gill___ (w)

APPEARANCES: GOVERNMENT ___Katherine Groover___ (ᵧ)
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

BAIL STATUS: DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED ( ✓ ) BOND NOT SET ( )

TYPE OF
PROCEEDINGS:
                *Rule 5*
INITIAL ( ✓ ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

PRELIMINARY
PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING
PROCEEDINGS:
DATE OF ARREST: 4/20/26 GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES ( ✗ ) DEFT ADVISED OF RULE 5 RIGHTS ( ✓ )
FINANCIAL AFFIDAVIT ( ✗ ) COUNSEL TO BE APPOINTED ( ✗ ) Paul Gill For
DEFT TO RETAIN COUNSEL ( )                    Richmond hearings
GOVT'S MOTION TO DETAIN DEFT ( ✓ ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ✗ ) DETENTION HEARING SET: _____

PRELIMINARY HEARING
PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____
_____
_____
_____

DETENTION HEARING
PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( ) 3ʳᵈ PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) ✗Deft Waived Rule 5 hearings in this
district
___ ✗Deft committed to the District of Utah
for further proceedings

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) ( ✓ )

CASE CONTINUED TO: _____ FOR _____
CASE SET: 3:15   BEGAN: 3:21   ENDED: 3:33   TIME IN COURT: 12 minutes