# U.S. District Court
## Eastern District of Virginia – (Richmond)
## CRIMINAL DOCKET FOR CASE #: 3:26–mj–00025–MRC All Defendants

Case title: USA v. Inessa–Ethington, et al.  Date Filed: 04/21/2026

Assigned to: Magistrate Judge Mark R. Colombell

**Defendant (1)**

**Rose Inessa–Ethington** represented by **Paul Geoffrey Gill**
Office of the Federal Public Defender (Richmond)
701 E Broad Street
Suite 3600
Richmond, VA 23219
804–343–0800
Email: Paul_Gill@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Pending Counts** **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** **Disposition**

None

Assigned to: Magistrate Judge Mark R. Colombell

**Defendant (2)**

**Blue Inessa–Ethington** represented by **Michael C. Moore**
Michael C. Moore, PLC

101 Shockoe Slip
Ste O
Richmond, VA 23219
804−658−5384
Email: mike.moore@dinkinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                        **Disposition**

None

**Plaintiff**

**USA**                          represented by   **Katherine Elizabeth Groover**
                                                  DOJ−USAO
                                                  Eastern District of Virginia
                                                  919 E. Main Street
                                                  Suite 1900
                                                  Richmond, VA 23219
                                                  804−819−5400
                                                  Email: katherine.groover@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2026 | | Arrest of Rose Inessa−Ethington in Eastern District of Virginia − Richmond Division. (jsau, ) (Entered: 04/22/2026) |
| 04/20/2026 | | Arrest of Blue Inessa−Ethington in Eastern District of Virginia − Richmond Division. (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 1 | |

| | | |
|---|---|---|
| | | Arrest Warrant Returned Executed on 4/20/26 in case as to Rose Inessa–Ethington. (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge Mark R. Colombell: Initial Appearance in Rule 5(c)(3) Proceedings as to Rose Inessa–Ethington held on 4/21/2026; Court reminded counsel of prosecutorial obligations as required under Rule 5(f); Matter came on for initial appearance on warrant issued out of the District of Utah; Deft advised of alleged charges and rights; Deft requested court appointed counsel – Granted; Paul Gill AFPD present and appointed for all Richmond hearings; Deft executed Waiver of Rule 5 Hearings in this district; Govt seeking detention – Granted; Deft committed to the District of Utah for further proceedings; Deft remanded. (Attachments: # 1 Complaint from the District of Utah)(FTR.)(jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 3 | CJA 23 Financial Affidavit by Rose Inessa–Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 4 | WAIVER of Rule 5 Hearings by Rose Inessa–Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Rose Inessa–Ethington. Paul Geoffrey Gill appointed. (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Rose Inessa–Ethington. Defendant committed to District of District of Utah. Signed by Magistrate Judge Mark R. Colombell on 4/21/26. (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 6 | Search Warrant Returned Executed on 4/20/26 as to Blue Inessa–Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 7 | Minute Entry for proceedings held before Magistrate Judge Mark R. Colombell: Initial Appearance in Rule 5(c)(3) Proceedings as to Blue Inessa–Ethington held on 4/21/2026; Court reminded counsel of prosecutorial obligations as required under Rule 5(f); Matter came on for initial appearance on warrant issued out of the District of Utah; Deft advised of alleged charges and rights; Deft requested court appointed counsel – Granted; Michael Moore CJA present and appointed for all Richmond hearings; Deft executed Waiver of Rule 5 Hearings in this district; Govt seeking detention – Granted; Deft committed to the District of Utah for further proceedings; Deft remanded. (Attachments: # 1 Complaint from the District of Utah)(FTR.)(jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 8 | CJA 23 Financial Affidavit by Blue Inessa–Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | | CJA 20 as to Blue Inessa–Ethington: Appointment of Attorney Michael C. Moore for Blue Inessa–Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 9 | WAIVER of Rule 5 Hearings by Blue Inessa–Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Blue Inessa–Ethington. Defendant committed to District of District of Utah. Signed by Magistrate Judge Mark R. Colombell on 4/21/26. (jsau, ) (Entered: 04/22/2026) |
| 04/22/2026 | 11 | Due Process Protections Act Order as to Rose Inessa–Ethington. Signed by Magistrate Judge Mark R. Colombell on 4/22/26. (jsau, ) (Entered: 04/22/2026) |
| 04/22/2026 | 12 | Due Process Protections Act Order as to Blue Inessa–Ethington. Signed by Magistrate Judge Mark R. Colombell on 4/22/26. (jsau, ) (Entered: 04/22/2026) |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Mark R. Colombell (james_garner@vaed.uscourts.gov,
jessica_saunders@vaed.uscourts.gov, mara_shingleton@vaed.uscourts.gov,
mark_colombell@vaed.uscourts.gov, mrc_chambers@vaed.uscourts.gov,
sean_tenaglia@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13239852@vaed.uscourts.gov
Subject:Activity in Case 26-25VAED Sealed v. Sealed (Redacted Notice)
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 4/22/2026 at 11:04 AM EDT and filed on 4/21/2026

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 3:26–mj–00025–MRC *SEALED* |
| **Filer:** | |

**Document Number:** No document attached

**Docket Text:**
 **Arrest of Rose Inessa–Ethington in Eastern District of Virginia – Richmond Division. (jsau, )**

**3:26–mj–00025–MRC *SEALED*–1 No electronic public notice will be sent because the case/entry is sealed.**

AO 442 (Rev. 01/09) Arrest Warrant

*1195120C*

# UNITED STATES DISTRICT COURT
### for the
### Central District of Utah

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No. 2:26mj313 JCB |
| Rose Inessa-Ethington, A.K.A., Eri Ethington | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **Rose Inessa-Ethington, A.K.A., Eri Ethington**    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 1204 INTERNATIONAL PARENTAL KIDNAPPING

Date: April 16, 2026

_____
*Issuing officer's signature*

City and state:  **Salt Lake City, Utah**      JARED C. BENNETT, United States Magistrate Judge
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* 04/16/2026, and the person was arrested on *(date)* 04/20/2026
at *(city and state)* Richmond, VA.

Date: 04/21/2026

_____
*Arresting officer's signature*

Kathryn Weber, FBI SA
*Printed name and title*

CRIMINAL PROCEEDINGS  —  U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL

REPORTER: FTR

DOCKET NO. 3:26mj25-1

DATE: 4/21/26

UNITED STATES OF AMERICA                              COUNSEL
v.

1. Rose Inessa-Ethington                    1. Paul Gill (w)
   Deft appeared via VTC ( ) ZOOM ( )

**APPEARANCES:**  GOVERNMENT ___Katherine Groover___ (r)
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT  ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:**  DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED ( ✓ ) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:**   Rule 5
INITIAL ( ✓ ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:**  WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:**  DATE OF ARREST: 4/20/26  GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES ( X ) DEFT ADVISED OF RULE 5 RIGHTS ( ✓ )
FINANCIAL AFFIDAVIT ( X ) COUNSEL TO BE APPOINTED ( X ) Paul Gill for
DEFT TO RETAIN COUNSEL ( )                    Richmond hearings
GOVT'S MOTION TO DETAIN DEFT ( ✓ ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( X ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:**  GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____
_____
_____
_____

**DETENTION HEARING PROCEEDINGS:**  GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) *Deft waived Rule 5 hearings in this
district
_____
* Deft committed to the District of Utah
for further proceedings

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F)  ( ✓ )

**CASE CONTINUED TO:** _____ FOR _____
CASE SET: 3:15   BEGAN: 3:21   ENDED: 3:33   TIME IN COURT: 12 minutes

MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
CARLOS ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: carlos.esqueda@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>ROSE INESSA-ETHINGTON, A.K.A. ERI ETHINGTON,<br><br>And<br><br>BLUE INESSA-ETHINGTON, A.K.A. CARLY ANN CROSBY,<br><br>　　　Defendants. | Case No.　2:26mj313 JCB<br><br>COMPLAINT<br><br>COUNT 1, 18 U.S.C. § 1204, INTERNATIONAL PARENTAL KIDNAPPING; AIDING AND ABETTING, 18 U.S.C. §2.<br><br><br><br>Judge Jared C. Bennett |

Before the Honorable Jared C. Bennett, United States Magistrate Judge for the

District of Utah, appeared the undersigned, who on oath deposes and says:

**<u>AFFIDAVIT</u>**

This complaint is based on the following information:

1

I, Jennifer M. Waterfield, being first duly sworn, depose and say:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) currently assigned to the Violent Crimes Against Children squad in the Salt Lake City field office. The information contained in this complaint is based on an investigation conducted by your affiant along with other FBI Agents located in Mexico as well as other federal and local law enforcement officers in Canada, Washington, and Utah.

2. Minor Victim 1 (MV 1) is a 10-year-old biological male who identifies as a female, splits time living with divorced parents who share custody, in Cache County, Utah and is a Citizen of the United States. On March 28, 2026, MV 1 was supposed to be traveling by car to Calgary in Alberta, Canada, for a planned camping trip with his transgender mother, Rose Inessa-Ethington, Rose's partner, Blue Inessa-Ethington and Blue's 3-year-old child. The group never arrived at their hotel (Days Inn, 4420 16 Ave NW Calgary, AB T3B 0M4) on March 28, 2026, nor the campground they planned to stay at from March 29 - April 2, 2026 (Tunnel Mountain Village #2, Improvement District No. 9, AB T1L 1B3). The group, (including MV1) has not been heard from since March 28, 2026, when MV 1 told LB via telephone they had arrived in Canada.

3. MV 1's biological mother, LB, shares custody of MV 1 with Rose Inessa-Ethington (her former spouse, who transitioned from male to female). On April 3,

2

2026, at 1900 hours MV 1 was supposed to be returned to LB after the camping trip to Calgary, per the court ordered custody agreement, which did not occur (Case No: 214100296, First Judicial District Court, Cache County, State of Utah). All efforts to contact MV 1, Rose and Blue Inessa-Ethington by phone and social media have been met with negative results. MV 1 does not possess a phone or any communication device; Rose Inessa-Ethington and Blue Inessa-Ethington's phones have been turned off after last contact on March 28, 2026; all attempted calls go straight to voicemail, which is in violation of the custodial agreement.

4.  On March 29, 2026, at approximately 1545 hours, the group (including MV 1) crossed the U.S-Canada border by foot from Blaine, Washington, into Surrey, British Columbia via the Douglas ("Peace Arch") Port of Entry pedestrian crossing.

5.  On March 29, 2026, the group (including MV 1) took Air Canada flight 996 from Vancouver, British Columbia in Canada, which departed at approximately 1650 hours to Mexico City, Mexico, which landed at approximately 2315 hours. Mexican immigration authorities confirmed their arrival in Mexico City utilizing their US Passports.

6.  On April 1, 2026, the group (including MV 1) took Viva Aerobus flight 874 from Merida, Mexico, which departed at approximately 0850 hours to Havana, Cuba,

3

which landed at approximately 1215 hours. Mexican immigration authorities confirmed their departure from Merida utilizing their US Passports.

7. Interviews of MV 1's family members provided significant concerns for MV 1's well-being, as MV 1 was born a male, however, identifies as a female child, which is largely believed to be due to manipulation by Rose Inessa-Ethington. Concerns exist that MV 1 was transported to Cuba for gender reassignment surgery prior to puberty.

8. Searches of Rose Inessa-Ethington and Blue Inessa-Ethington's residence revealed numerous "to-do" lists including packing lists and notes, including "learn Spanish" and information on flights to Canada, Mexico and Cuba. Other notes were located, which stated: "get haircuts"/ "10k withdrawal- cash to have"/ "10k emergency- leave with Nikki"/ "Confirm Cuba limit- 100lb/50lb/1 bag/ 2 bags"/ "write out and start what we can for tourist visa"/ "empty USU bank." An additional note was located regarding putting items in storage and buying a combination lock. Recovered notes include instruction from a mental health therapist located in Washington D.C. including instruction to send the therapist the $10,000.00 and instructions on gender affirming medical care for children.

9. Rose Inessa-Ethington and Blue Inessa-Ethington both worked for the same software company, however Rose Inessa-Ethington quit her job. Blue Inesssa-Ethington is currently employed as a project manager and requested paid time off

4

for this trip; she was expected to return to work on April 1, 2026, however, has had no contact with the employer.

10. On March 26, 2026, Blue Inessa-Ethington withdrew $10,000 from her Wells Fargo checking account.

11. Cuban law enforcement has confirmed and located Rose Inessa-Ethington, MV 1, and Blue Inessa-Ethington in Cuba.

12. On April 13. 2026, the First District Court for Cache County, State of Utah, Judge Brian Cannell, issued a Writ of Assistance and ordering MV 1 to be returned to child's mother immediately and granting mother exclusive custody of MV 1.

13. Your affiant believes that due to the extensive planning and preparation exhibited by both Rose Inessa-Ethington and Blue Inessa-Ethington to isolate MV 1 and take MV 1 to Havana, Cuba, without notifying or requesting permission from MV 1's mother indicates they are likely not planning to return to the United States with MV 1, in violation of Title 18 USC §1204, International Parental Kidnapping, and 18 U.S.C. § 2, Aiding and Abetting.

//

//

//

//

5

14. Based on the foregoing information, your affiant respectfully requests that a complaint and warrant of arrest be issued for ROSE INESSA-ETHINGTON, A.K.A. ERI ETHINGTON, and BLUE INESSA-ETHINGTON, A.K.A CARLY ANN CROSBY, for violations of 18 U.S.C. § 1204(b), 18 U.S.C. § 2, Aiding and Abetting.

Dated this 16th day of April 2026.

Jennifer M. Waterfield
Digitally signed by Jennifer M. Waterfield
Date: 2026.04.16 14:27:44 -06'00'

Jennifer Waterfield
Special Agent, FBI

SUBSCRIBED AND SWORN to before me this 16th day of April 2026.

Jared C. Bennett
United States Magistrate Judge

APPROVED:
MELISSSA HOLYOAK
United States Attorney

CARLOS A. ESQUEDA
Assistant United States Attorney

6

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) | Case No.   3:26MJ025-1 |
| ROSE INESSA-ETHINGTON | ) ) | Charging District's Case No.    2:26MJ313 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Utah

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:      4/21/2026                                    X   *Rose Inessa-Ethington*
                                                      *Defendant's signature*

                                                      *Signature of defendant's attorney*

                                                      Paul G. Gill
                                                      *Printed name of defendant's attorney*

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Katherine Elizabeth Groover (caseview.ecf@usdoj.gov,
katherine.groover@rva.gov, katherine.groover@usdoj.gov, laura.h.taylor@usdoj.gov,
ramona.oneil@usdoj.gov), Paul Geoffrey Gill (danielle_lewis@fd.org,
jennifer_schweizer@fd.org, paul_gill@fd.org, vaermecf@fd.org, victoria_parrish@fd.org),
Magistrate Judge Mark R. Colombell (james_garner@vaed.uscourts.gov,
jessica_saunders@vaed.uscourts.gov, mara_shingleton@vaed.uscourts.gov,
mark_colombell@vaed.uscourts.gov, mrc_chambers@vaed.uscourts.gov,
sean_tenaglia@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13239888@vaed.uscourts.gov
Subject:Activity in Case 3:26-mj-00025-MRCVAED USA v. Inessa-Ethington, et al. Order
Appointing Public Defender
```
Content−Type: text/html

### U.S. District Court

### Eastern District of Virginia −

## Notice of Electronic Filing

The following transaction was entered on 4/22/2026 at 11:12 AM EDT and filed on 4/21/2026

**Case Name:**          USA v. Inessa−Ethington, et al.

**Case Number:**        3:26−mj−00025−MRC

**Filer:**

**Document Number:**  No document attached

**Docket Text:**
**ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Rose Inessa−Ethington.
Paul Geoffrey Gill appointed. (jsau, )**

**3:26−mj−00025−MRC−1 Notice has been electronically mailed to:**

Katherine Elizabeth Groover &nbsp &nbsp katherine.groover@usdoj.gov, CaseView.ECF@usdoj.gov,
katherine.groover@rva.gov, Laura.H.Taylor@usdoj.gov, Ramona.ONeil@usdoj.gov

Paul Geoffrey Gill &nbsp &nbsp Paul_Gill@fd.org, Danielle_Lewis@fd.org, Jennifer_Schweizer@fd.org,
vaermecf@fd.org, Victoria_Parrish@fd.org

**3:26−mj−00025−MRC−1 Notice has been delivered by other means to:**

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:26MJ025-1 |
| | ) | |
| ROSE INESSA-ETHINGTON | ) | Charging District's |
| *Defendant* | ) | Case No.   2:26MJ313 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of _____ Utah _____ ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____ 4/21/2026 _____

_____ /s/ MRC _____
*Judge's signature*

_____ Mark R. Colombell, United States Magistrate Judge _____
*Printed name and title*

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Mark R. Colombell (james_garner@vaed.uscourts.gov,
jessica_saunders@vaed.uscourts.gov, mara_shingleton@vaed.uscourts.gov,
mark_colombell@vaed.uscourts.gov, mrc_chambers@vaed.uscourts.gov,
sean_tenaglia@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13239906@vaed.uscourts.gov
Subject:Activity in Case 3:26-mj-00025-MRCVAED USA v. Inessa-Ethington, et al. Arrest -
Rule 5
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 4/22/2026 at 11:17 AM EDT and filed on 4/20/2026

**Case Name:**      USA v. Inessa–Ethington, et al.

**Case Number:**      <u>3:26–mj–00025–MRC *SEALED*</u>

**Filer:**

**Document Number:**  No document attached

**Docket Text:**
**Arrest of Blue Inessa–Ethington in Eastern District of Virginia – Richmond Division. (jsau, )**

**3:26–mj–00025–MRC *SEALED*–2** No electronic public notice will be sent because the case/entry is sealed.

AO 442 (Rev. 01/09) Arrest Warrant

11951197

# UNITED STATES DISTRICT COURT

for the

Central District of Utah

| United States of America | ) |
| v. | ) |
| | ) |
| Blue Inessa-Ethington, A.K.A., Carly Ann Crosby | ) |
| *Defendant* | ) |

Case No. 2:26mj313 JCB

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **Blue Inessa-Ethington, A.K.A., Carly Ann Crosby**                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
**18 U.S.C § 1204 INTERNATIONAL PARENTAL KIDNAPPING**

Date: April 16, 2026

_____
*Issuing officer's signature*

City and state:   **Salt Lake City, Utah**

JARED C. BENNETT, United States Magistrate Judge
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*  04/16/2026 , and the person was arrested on *(date)*  04/20/2026
at *(city and state)*  Richmond, VA            .

Date: 04/21/2026

_____
*Arresting officer's signature*

Kathryn Weber, FBI SA
*Printed name and title*

CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL

REPORTER: FTR

DOCKET NO. 3:26mj25-2

DATE: 4/21/26

UNITED STATES OF AMERICA    COUNSEL
v.

1. Blue Inessa - Ettington         1. Michael Moore (w)
   Deft appeared via VTC ( ) ZOOM ( ✓ )

APPEARANCES:    GOVERNMENT ___Katherine Groover___ (✓)
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

BAIL STATUS:    DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

TYPE OF          Rule 5
PROCEEDINGS:    INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

PRELIMINARY     WAIVER OF INDICTMENT EXECUTED, FILED ( )
PROCEEDINGS:    CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING   DATE OF ARREST: __4/20/26__ GOVT'S MOTION TO UNSEAL ( )
PROCEEDINGS:      GOVT SUMMARIZED CHARGES (✓) DEFT ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED (✓) Michael Moore
DEFT TO RETAIN COUNSEL ( )        for Richmond hearings
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED (✓) DETENTION HEARING SET: _____

PRELIMINARY HEARING   GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
PROCEEDINGS:          ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____
_____
_____
_____

DETENTION HEARING   GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
PROCEEDINGS:        ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) __*Deft waived Rule 5 hearings
in this district__
__* Deft committed to the District of
Utah for further proceedings__

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) (✓)

CASE CONTINUED TO: _____ FOR _____
CASE SET: 3:15   BEGAN: 3:39   ENDED: 3:51   TIME IN COURT: 12 Minutes

MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
CARLOS ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: carlos.esqueda@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROSE INESSA-ETHINGTON, A.K.A. ERI ETHINGTON,<br><br>And<br><br>BLUE INESSA-ETHINGTON, A.K.A. CARLY ANN CROSBY,<br><br>    Defendants. | Case No.  2:26mj313 JCB<br><br>COMPLAINT<br><br>COUNT 1, 18 U.S.C. § 1204, INTERNATIONAL PARENTAL KIDNAPPING; AIDING AND ABETTING, 18 U.S.C. §2.<br><br><br>Judge Jared C. Bennett |

Before the Honorable Jared C. Bennett, United States Magistrate Judge for the

District of Utah, appeared the undersigned, who on oath deposes and says:

**AFFIDAVIT**

This complaint is based on the following information:

1

USCA4 19

I, Jennifer M. Waterfield, being first duly sworn, depose and say:

1.  Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) currently assigned to the Violent Crimes Against Children squad in the Salt Lake City field office. The information contained in this complaint is based on an investigation conducted by your affiant along with other FBI Agents located in Mexico as well as other federal and local law enforcement officers in Canada, Washington, and Utah.

2.  Minor Victim 1 (MV 1) is a 10-year-old biological male who identifies as a female, splits time living with divorced parents who share custody, in Cache County, Utah and is a Citizen of the United States. On March 28, 2026, MV 1 was supposed to be traveling by car to Calgary in Alberta, Canada, for a planned camping trip with his transgender mother, Rose Inessa-Ethington, Rose's partner, Blue Inessa-Ethington and Blue's 3-year-old child. The group never arrived at their hotel (Days Inn, 4420 16 Ave NW Calgary, AB T3B 0M4) on March 28, 2026, nor the campground they planned to stay at from March 29 - April 2, 2026 (Tunnel Mountain Village #2, Improvement District No. 9, AB T1L 1B3). The group, (including MV1) has not been heard from since March 28, 2026, when MV 1 told LB via telephone they had arrived in Canada.

3.  MV 1's biological mother, LB, shares custody of MV 1 with Rose Inessa-Ethington (her former spouse, who transitioned from male to female). On April 3,

2

2026, at 1900 hours MV 1 was supposed to be returned to LB after the camping trip to Calgary, per the court ordered custody agreement, which did not occur (Case No: 214100296, First Judicial District Court, Cache County, State of Utah). All efforts to contact MV 1, Rose and Blue Inessa-Ethington by phone and social media have been met with negative results. MV 1 does not possess a phone or any communication device; Rose Inessa-Ethington and Blue Inessa-Ethington's phones have been turned off after last contact on March 28, 2026; all attempted calls go straight to voicemail, which is in violation of the custodial agreement.

4. On March 29, 2026, at approximately 1545 hours, the group (including MV 1) crossed the U.S-Canada border by foot from Blaine, Washington, into Surrey, British Columbia via the Douglas ("Peace Arch") Port of Entry pedestrian crossing.

5. On March 29, 2026, the group (including MV 1) took Air Canada flight 996 from Vancouver, British Columbia in Canada, which departed at approximately 1650 hours to Mexico City, Mexico, which landed at approximately 2315 hours. Mexican immigration authorities confirmed their arrival in Mexico City utilizing their US Passports.

6. On April 1, 2026, the group (including MV 1) took Viva Aerobus flight 874 from Merida, Mexico, which departed at approximately 0850 hours to Havana, Cuba,

3

which landed at approximately 1215 hours. Mexican immigration authorities confirmed their departure from Merida utilizing their US Passports.

7. Interviews of MV 1's family members provided significant concerns for MV 1's well-being, as MV 1 was born a male, however, identifies as a female child, which is largely believed to be due to manipulation by Rose Inessa-Ethington. Concerns exist that MV 1 was transported to Cuba for gender reassignment surgery prior to puberty.

8. Searches of Rose Inessa-Ethington and Blue Inessa-Ethington's residence revealed numerous "to-do" lists including packing lists and notes, including "learn Spanish" and information on flights to Canada, Mexico and Cuba. Other notes were located, which stated: "get haircuts"/ "10k withdrawal- cash to have"/ "10k emergency- leave with Nikki"/ "Confirm Cuba limit- 100lb/50lb/1 bag/ 2 bags"/ "write out and start what we can for tourist visa"/ "empty USU bank." An additional note was located regarding putting items in storage and buying a combination lock. Recovered notes include instruction from a mental health therapist located in Washington D.C. including instruction to send the therapist the $10,000.00 and instructions on gender affirming medical care for children.

9. Rose Inessa-Ethington and Blue Inessa-Ethington both worked for the same software company, however Rose Inessa-Ethington quit her job. Blue Inesssa-Ethington is currently employed as a project manager and requested paid time off

4

for this trip; she was expected to return to work on April 1, 2026, however, has had no contact with the employer.

10. On March 26, 2026, Blue Inessa-Ethington withdrew $10,000 from her Wells Fargo checking account.

11. Cuban law enforcement has confirmed and located Rose Inessa-Ethington, MV 1, and Blue Inessa-Ethington in Cuba.

12. On April 13. 2026, the First District Court for Cache County, State of Utah, Judge Brian Cannell, issued a Writ of Assistance and ordering MV 1 to be returned to child's mother immediately and granting mother exclusive custody of MV 1.

13. Your affiant believes that due to the extensive planning and preparation exhibited by both Rose Inessa-Ethington and Blue Inessa-Ethington to isolate MV 1 and take MV 1 to Havana, Cuba, without notifying or requesting permission from MV 1's mother indicates they are likely not planning to return to the United States with MV 1, in violation of Title 18 USC §1204, International Parental Kidnapping, and 18 U.S.C. § 2, Aiding and Abetting.

//

//

//

//

USCA4 23

14. Based on the foregoing information, your affiant respectfully requests that a complaint and warrant of arrest be issued for ROSE INESSA-ETHINGTON, A.K.A. ERI ETHINGTON, and BLUE INESSA-ETHINGTON, A.K.A CARLY ANN CROSBY, for violations of 18 U.S.C. § 1204(b), 18 U.S.C. § 2, Aiding and Abetting.

Dated this 16th day of April 2026.

Jennifer M. Waterfield
Digitally signed by Jennifer M. Waterfield
Date: 2026.04.16 14:27:44 -06'00'

Jennifer Waterfield
Special Agent, FBI

SUBSCRIBED AND SWORN to before me this 16th day of April 2026.

Jared C. Bennett
United States Magistrate Judge

APPROVED:
MELISSSA HOLYOAK
United States Attorney

CARLOS A. ESQUEDA
Assistant United States Attorney

6

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Michael C. Moore (mike.moore@dinkinlaw.com, office@dinkinlaw.com,
office@shockoelaw.com), Paul Geoffrey Gill (danielle_lewis@fd.org,
jennifer_schweizer@fd.org, paul_gill@fd.org, vaermecf@fd.org, victoria_parrish@fd.org),
Katherine Elizabeth Groover (caseview.ecf@usdoj.gov, katherine.groover@rva.gov,
katherine.groover@usdoj.gov, laura.h.taylor@usdoj.gov, ramona.oneil@usdoj.gov), Magistrate
Judge Mark R. Colombell (james_garner@vaed.uscourts.gov,
jessica_saunders@vaed.uscourts.gov, mara_shingleton@vaed.uscourts.gov,
mark_colombell@vaed.uscourts.gov, mrc_chambers@vaed.uscourts.gov,
sean_tenaglia@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13239955@vaed.uscourts.gov
Subject:Activity in Case 3:26-mj-00025-MRCVAED USA v. Inessa-Ethington, et al. CJA 20 –
Appointment
Content–Type: text/html
```

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 4/22/2026 at 11:24 AM EDT and filed on 4/21/2026

**Case Name:**       USA v. Inessa–Ethington, et al.
**Case Number:**    3:26–mj–00025–MRC
**Filer:**
**Document Number:**  No document attached

**Docket Text:**
**CJA 20 as to Blue Inessa–Ethington: Appointment of Attorney Michael C. Moore for Blue Inessa–Ethington (jsau, )**

**3:26–mj–00025–MRC–2 Notice has been electronically mailed to:**

Katherine Elizabeth Groover &nbsp &nbsp katherine.groover@usdoj.gov, CaseView.ECF@usdoj.gov, katherine.groover@rva.gov, Laura.H.Taylor@usdoj.gov, Ramona.ONeil@usdoj.gov

Michael C. Moore &nbsp &nbsp mike.moore@dinkinlaw.com, office@dinkinlaw.com, office@shockoelaw.com

Paul Geoffrey Gill &nbsp &nbsp Paul_Gill@fd.org, Danielle_Lewis@fd.org, Jennifer_Schweizer@fd.org, vaermecf@fd.org, Victoria_Parrish@fd.org

**3:26–mj–00025–MRC–2 Notice has been delivered by other means to:**

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:26MJ025-2 |
| | ) | |
| BLUE INESSA-ETHINGTON | ) | Charging District's Case No.    2:26MJ313 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    District of Utah                 .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☑    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    4/21/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Michael  C.  Moore
*Printed name of defendant's attorney*

USCA4  26

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    3:26MJ025-2 |
| | ) | |
| BLUE INESSA-ETHINGTON | ) | Charging District's |
| *Defendant* | ) | Case No.        2:26MJ313 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of _____Utah_____ ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:        ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:        4/21/2026                                    /s/ **MRC**

*Judge's signature*

Mark R. Colombell, United States Magistrate Judge

*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**UNITED STATES OF AMERICA**

**v.**                                                      **Criminal Case No. 3:26MJ025-1**

**ROSE INESSA-ETHINGTON,**
      **Defendant.**

## ORDER

This matter comes before the Court on its own initiative. In accord with the Due Process Protections Act and Rule 5(f) of the Federal Rules of Criminal Procedure, this Court CONFIRMS the United States' obligation to disclose to the defendant all exculpatory evidence, that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and hereby ORDERS the United States to do so.  Failure to disclose exculpatory evidence in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

The judge presiding over the first scheduled court date when both prosecutor and defense counsel are present shall give oral notice of the provisions in this Order.  The presiding judge, pursuant to the Due Process Protections Act, shall also enter a written order in compliance with this Order.

Having given counsel the oral admonition required by the Due Process Protections Act, this Order serves as the reminder of prosecutorial obligation and duties in accordance with Rule 5(f) and the Eastern District of Virginia Standing Order concerning the same.

It is SO ORDERED.

_____ /s/ MRC
Mark R. Colombell
United States Magistrate Judge

Date: April 22, 2026
Richmond, Virginia

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**UNITED STATES OF AMERICA**

**v.**                                                      **Criminal Case No. 3:26MJ025-2**

**BLUE INESSA-ETHINGTON,**
       **Defendant.**

## ORDER

This matter comes before the Court on its own initiative. In accord with the Due Process Protections Act and Rule 5(f) of the Federal Rules of Criminal Procedure, this Court CONFIRMS the United States' obligation to disclose to the defendant all exculpatory evidence, that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and hereby ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

The judge presiding over the first scheduled court date when both prosecutor and defense counsel are present shall give oral notice of the provisions in this Order. The presiding judge, pursuant to the Due Process Protections Act, shall also enter a written order in compliance with this Order.

Having given counsel the oral admonition required by the Due Process Protections Act, this Order serves as the reminder of prosecutorial obligation and duties in accordance with Rule 5(f) and the Eastern District of Virginia Standing Order concerning the same.

It is SO ORDERED.

_____ /s/ MRC
Mark R. Colombell
United States Magistrate Judge

Date: April 22, 2026
Richmond, Virginia